# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| MARQUISE ROBBINS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:15-CV-00124 (WLS) |
| WILLIAM ROBERTSON, *et al.*, | : |
| Defendants. | : |

## ORDER

The Court held oral arguments on Defendants' Motion for Partial Summary Judgment on December 21, 2021. After the Court heard from the Parties' counsel, Plaintiff's counsel stated that there were scheduling conflicts with the notice of pretrial conference and February 2022 trial term. The Court ordered that the Parties confer regarding their availability for a pretrial conference and trial and file their request with the Court. To clarify, an appropriate motion must be filed **no later than Friday, December 31, 2021**.

**SO ORDERED**, this 22nd  day of December 2021.

　　　　　　　　　　　　　　　　　　/s/ W. Louis Sands
　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1