# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| MARQUISE ROBBINS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:15-CV-00124 (WLS) |
| WILLIAM ROBERTSON, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Before the Court is a "Joint Motion to Reschedule Pretrial Conference and Trial," filed by the Parties on December 29, 2021. (Doc. 97.) Therein, the Parties state that Plaintiff's counsel has a conflict with the upcoming pretrial conference and trial and that another member of Plaintiff's trial team is on maternity leave until May 2022. Thus, the Parties ask that the Court continue to pretrial conference until late May 2022 or thereafter and the trial until late June 2022 or thereafter.

For the reasons stated therein and for good cause shown, the Parties' Joint Motion to Continue (Doc. 97) is **GRANTED**. The trial in this case is **CONTINUED** to the Court's August 2022 trial term which begins on Monday, August 8, 2022. The January 18, 2022 pretrial conference is **CANCELLED**. The Court notes that this case will have been on remand for three years in August 2022, and no further extensions or continuances will be granted except upon timely written motion to prevent manifest injustice on grounds not reasonably foreseeable or avoidable.

**SO ORDERED**, this 3rd  day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1