#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF GEORGIA
#### VALDOSTA DIVISION

| | |
|---|---|
| MARQUISE ROBBINS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:15-CV-00124 (WLS) |
| : | |
| WILLIAM ROBERTSON, *et al.*, : | |
| : | |
| Defendants. : | |

### ORDER

A trial in this matter was previously scheduled to begin on August 15, 2022. On August 12, 2022, Defendants filed an Emergency Motion to Continue (Doc. 131) requesting that the trial be continued to this Court's November trial term, due to the death of William Robertson's wife. The Court subsequently continued the trial of this matter to its next regularly scheduled term of Court in the Valdosta division. (Doc. 134.)

On August 18, 2022, Plaintiff filed a Consent Motion to Reschedule the Trial of this matter to this Court's February Valdosta Trial Term. (Doc. 134.) The reason that a continuance was requested was that Plaintiff's co-lead counsel has another trial scheduled to begin on October 24, 2022, in the United States District Court for the Southern District of New York, that is expected to run for approximately one month. (*Id.*) Plaintiff's Counsel further indicates that Defendants consent to this request.

For good cause shown, Plaintiff's Motion to Reschedule the Trial of this matter to this Court's February Valdosta Trial Term (Doc. 134) is **GRANTED**. The trial of this matter is **CONTINUED** to the February term of Court. Due to the age of this case, if Plaintiff's co-

1

lead counsel's trial in the United States District Court for the Southern District of New York is rescheduled, Plaintiff shall immediately notify this Court of their availability to try this case in November.

    **SO ORDERED**, this 22nd day of August 2022.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**