IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MARQUISE ROBBINS, | ) | |
| | ) | |
| *Plaintiff*; | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| vs. | ) | 7:15-CV-0124-WLS |
| | ) | |
| WILLIAM ROBERTSON, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Marquise Robbins and Defendants William Robertson and Marty Allen, through their respective counsel, stipulate that the above-styled action, and all claims asserted or that could have been asserted against the Defendants therein, be dismissed with prejudice. The parties shall bear their own costs.

Respectfully submitted,

/s/ Sarah A. Brewerton-Palmer
James W. Cobb
Georgia Bar No. 420133.
Sarah A. Brewerton-Palmer
Georgia Bar No. 589898
CAPLAN COBB LLP
75 Fourteenth Street, N.E., Suite 2750
Atlanta, Georgia 30309
404-596-5600
404-596-5604
jcobb@caplancobb.com
spalmer@caplancobb.com

<div style="margin-left:auto">

/s/ Jessica L. Falk
Jessica L. Falk
New York Bar No. 4763686 (admitted *Pro Hac Vice*)
Sarah M. Sternlieb
New York Bar No. 5226881 (admitted *Pro Hac Vice*)
Fredrick T. Rhine III
New York Bar No. 5733688 (admitted *Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jessica.falk@weil.com
Sarah.sternlieb@weil.com
Fredrick.rhine@weil.com

***Counsel for Plaintiff Marquise Robbins***


/s/ William W. Peters
Christopher M. Carr, Attorney General
Georgia Bar No. 112505
Loretta L. Pinkston-Pope, Deputy Attorney General
Georgia Bar No. 580385
Susan E. Teaster, Senior Assistant Attorney General
Georgia Bar No. 701415
Wade W. Herring, III, Assistant Attorney General
Georgia Bar No. 278313
William W. Peters, Assistant Attorney General
Georgia Bar No. 515342
STATE LAW DEPARTMENT
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: 404-458-4338
wpeters@law-ga.gov

***Counsel for Defendants William Robertson and Marty Allen***

</div>

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

                                             /s/ William Peters
                                             WILLIAM PETERS    515342
                                             Assistant Attorney General