IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARQUISE ROBBINS, | * |
| Plaintiff, | * |
| v. | Case No. 7:15-CV-124(WLS) |
| | * |
| WILLIAM ROBERTSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated December 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of December, 2022.

                              David W. Bunt, Clerk

                              s/ Robin L. Walsh, Deputy Clerk